## Goldstein *v.* East Fallowfield Township, Appellant (No. 2).

OPINION BY RICE, P. J., July 20, 1910:

This appeal was argued with the appeal in the case of Esther Goldstein against the same defendant, ante, p. 158. For the reasons there given the judgment is affirmed.